**BENEFICIARY'S NAME**

Your Social Security benefits will increase by 2.3 percent in 2008, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

160700

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is     $1,339.00
- The amount we are deducting for Medicare medical insurance is     $0.00
  (If you did not have Medicare as of Nov. 15, 2007,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is     $0.00
  (If you did not elect withholding as of Nov. 1, 2007, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is     $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 15, 2007, we show $0.00.)
- After taking any other deductions, we will deposit     $1,339.00
  into your bank account on Jan. 9, 2008.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. Or, call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. on business days. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, you also can visit your local office.

FEDERAL BLDG, STE 111
1118 GREENSBORO AVE
TUSCALOOSA AL

BNC#: 07B1944D47705

Over ➤

160700

**SOCIAL SECURITY ADMINISTRATION**
SOUTHEASTERN PROGRAM SERVICE CENTER
2001 12TH AVE N
BIRMINGHAM AL 35285-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

160700*COLA*SM-DI*V04*L006
PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

**Be sure to check out
our website:** *www.socialsecurity.gov*

160700**********AUTO**5-DIGIT 35405
FREDDIE L HILL
14540 SANDY TRACE
TUSCALOOSA AL 35405-7305